**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6286**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DORETHA SELBY-DIGGS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:14-cr-00137-RBS-RJK-2)

Submitted: May 25, 2017                    Decided: May 31, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Doretha Selby-Diggs, Appellant Pro Se. Kevin Patrick Hudson, Assistant United States Attorney, Newport News, Virginia; V. Kathleen Dougherty, Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doretha Selby-Diggs appeals the district court's order denying her motion to compel the filing of a motion for a sentence reduction based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Selby-Diggs*, No. 2:14-cr-00137-RBS-RJK-2 (E.D. Va. Feb. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*